1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   MARK F. KOCH,                                    No.  2:16-cv-742-EFB P
12                  Plaintiff,
13        v.                                          ORDER
14   CARLA WADE,
15                  Defendant.
16
17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42
18   U.S.C. § 1983.[1]  He asserts a claim arising out of events that occurred in Santa Cruz, California.
19         The federal venue statute provides that a civil action "may be brought in (1) a judicial
20   district in which any defendant resides, if all defendants are residents of the State in which the
21   district is located, (2) a judicial district in which a substantial part of the events or omissions
22   giving rise to the claim occurred, or a substantial part of property that is the subject of the action
23   is situated, or (3) if there is no district in which an action may otherwise be brought as provided in
24   this action, any judicial district in which any defendant is subject to the court's personal
25   jurisdiction with respect to such action." 28 U.S.C. § 1391(b).
26   /////
27   ───────────────
         [1] He has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
28   ECF No. 2.

                                                     1

1    In this case, the defendant is located in and the claim arose in Santa Cruz County.
2 Because Santa Cruz County lies within the venue of the Northern District of California, venue
3 properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).
4    Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States
5 District Court for the Northern District of California.  *See* 28 U.S.C. § 1406(a).
6 Dated:  April 13, 2016.

                                  _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

2